FILED IN OPEN COURT

JUL 28 2011

CHARLES R. DIARD, JR.
CLERK

DAS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 11-00195-KD |
| | * | |
| v. | * | USAO NO. 11R00423 |
| | * | |
| WILLIAM NORMER OVERSTREET | * | VIOLATION: |
| | * | 18 USC § 2113 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about June 14, 2011, in the Southern District of Alabama, Southern Division, the defendant

**WILLIAM NORMER OVERSTREET**

by force and violence and by intimidation, did take and attempt to take from the person and presence of teller L.S., monies in the approximate amount of $1,050.00 belonging to, and in the care, custody, control, management, and possession of Wells Fargo Bank, 3001 Dauphin Street, Mobile, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

_____
D. Andrew Sigler
Assistant U.S. Attorney

_____
John G. Cherry
Assistant U.S. Attorney
Chief, Criminal Division                    JULY 2011